FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2021

No. 04-21-00096-CV

Claudia **MEDRANO**,
Appellant

v.

Lora **VERGOTT**, Jeff Tafoya, Innovative Risk Management, Inc., and Acceptance Indemnity
Insurance Co.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-23582
Honorable Aaron Haas, Judge Presiding

# O R D E R

On April 9, 2021, we ordered appellant to show cause why her appeal should not be dismissed for lack of jurisdiction. We noted that the clerk's record appeared to show appellant's motion for new trial was not timely filed and therefore did not extend her deadline to file a notice of appeal. TEX. R. CIV. P. 329b(a); TEX. R. CIV. P. 26.1(a). On April 16, 2021, appellant responded to our order with evidence showing her motion for new trial was timely submitted to her attorney's electronic filing service provider on January 21, 2021, but was rejected by the district clerk for failure to pay the filing fee. She also presented evidence showing she subsequently resubmitted the motion and paid the filing fee in accordance with the district clerk's instructions.

This response is sufficient to show appellant's motion for new trial was timely filed. *See* TEX. R. CIV. P. 21(f)(5) ("An electronically filed document is deemed filed when transmitted to the filing party's electronic filing service provider[.]"); *see also Nevarez Law Firm, P.C. v. Inv'r Land Servs., L.L.C.*, 610 S.W.3d 567, 570 (Tex. App.—El Paso 2020, no pet.) (motion for new trial timely submitted to electronic service provider but subsequently rejected for failure to pay filing fee will be deemed timely filed if resubmitted in accordance with the clerk's instructions); *In re Barr*, No. 05-19-00511-CV, 2019 WL 2082468, at *1–2 (Tex. App.—Dallas May 13, 2019, orig. proceeding) (mem. op.) (same). Because appellant timely filed a motion for new trial, her notice of appeal—which the record shows was filed within 90 days of the trial court's judgment— was also timely filed. TEX. R. CIV. P. 26.1(a)(1). We therefore retain this appeal on our docket and reinstate the appellate deadlines in this case. We **ORDER** the court reporter

to file either the reporter's record or a notification of late record **by April 30, 2021**. We further **ORDER** the district clerk to correct the clerk's record to show appellant's motion for new trial was filed on January 21, 2021. TEX. R. APP. P. 34.5(d).

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2021.

MICHAEL A. CRUZ, Clerk of Court